The Honorable Nathaniel M. Gorton
United States District Judge
John Joseph Moakley Courthouse
One Courthouse Way
Boston, MA 02210

Date: July 18, 2016

RE: **BRIAN E. MAHONEY v. Commissioner Colvin, 1:15-cv-13023-NMG**

Dear Judge Gorton:

The Plaintiff submits this letter seeking claraification on the following issues that were raised on July 30, 2015: (1) whether, as requested by the plaintiff to this Honorable Court regarding appointment of court, a motion was submitted on my own behalf, and the court did state, that if this plaintiff had a case that was warranted by merits, the court might consider appointment of counsel in this above-entitled docket number; (2) if the answer is yes, could you please protect my Sixth Amendment Rights and appoint counsel on my behalf at this time; (3) whether this court will appoint counsel is a matter of law now that I have shown to this Honorable Court that this claim is colorful and at this time I believe counsel should be appointed.

To provide some context for this request for clarification, the plaintiff offers the following background:

The Government continues to make false allegations against me regarding this claim for my own ("SSDI") benefits, and the Government continues to offer false statute's that have nothing to do with this claim like, 42 U.S.C. § 402(x)(1)(A)(iii). This case has been going on since July 30, 2015 at this courthouse, but yet AUSA Anita Johnson made her appearance on May 26, 2016 a year after this claim has been going on, and she does not even know how to file correct statute which are binding on this court.

*Treated as a motion to (1) appoint counsel and motion denied.* /s/ NM Gorton, USDJ 4/12/17

(1)