UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
******************************************
BRIAN EDWARD MAHONEY,            )
                                 )
         Plaintiff,              )
                                 )
v.                               )   Civ. No. 15-cv-13023-NMG
                                 )
COMMISSIONER CAROLYN W. COLVIN,  )
SOCIAL SECURITY ADMINISTRATION,  )
                                 )
         Defendant.              )
******************************************
```

PETITION FOR A WRIT OF MANDAMUS

NOW COMES Petitioner Brian E. Mahoney, and files this, his Petition for a Writ of Mandamus, and would show the Honorable Court as follows:

### I. JURISDICTION

Jurisdiction is invoked pursuant to 28 U.S.C. § 1651, "The All Writs Act" for a duty owed to the Petitioner, see: <u>United States v. Mitchell</u>, 462 U.S. 206, 227 (1983).

### II. PARTIES

1. Petitioner is "plaintiff" Brian E. Mahoney, who is a "civil" detainee held at FMC Devens, which is located in the District of Massachusetts, and is "public record" in <u>Mahoney v. Colvin</u>, 1:15-cv-13023-NMG (D. Mass. 2015). Petitioner's register number is #12232-049 and his address is: FMC Devens, P.O. Box 879, Unit-N-5, Ayer, Massachusetts 01432.

2. Respondent is the United States Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, Massachusetts 02210, who represent Commissioner Carolyn W. Colvin of ("SSA").

*Petition dismissed as moot.*

(1)

*NMGorton, USDJ 4/12/17*